## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

*ELECTRONICALLY FILED*

KENNETH POTTER,

      Plaintiff,

v.                                            **Case 5:16-CV-00429-JMH**

UNIFUND CCR PARTNERS
*assumed name for* CREDIT CARD      **JOINT NOTICE OF SETTLEMENT**
RECEIVABLES FUND, INC.
ZB LIMITED PARTNERSHIP, and
MICHAEL J. KEENEY

      Defendants.
_____)

    Please take notice that Plaintiff, Kenneth Potter ("Plaintiff"), has resolved the above styled lawsuit and dispute with Defendants Unifund CCR Partners, Credit Card Receivables Fund, Inc., ZB Limited Partners, and Michael J. Keeney (collectively, the "Defendants").

    For the reasons set forth below, <u>Plaintiff and Defendants anticipate filing a Joint Stipulation of Dismissal with Prejudice within approximately 180 days</u>.

    1.     Based upon the allegations made in Plaintiff's Complaint, Plaintiff is a member of one or more of the putative classes defined in the case styled *Joseph L. Islas v. First Resolution Investment Corp., Unifund CCR, LLC, and Unifund*

*CCR Partners*, Case No. 1:16-cv-141-GNS, currently pending in the Western District of Kentucky (the "*Islas* Class Action").

2. Plaintiff's counsel and Defendants' counsel in this case are also counsel for the putative plaintiffs and the defendants in the *Islas* Class Action.

3. Plaintiff's counsel and Defendants' counsel in this case have reached an agreement in principle to settle the putative classes defined in the *Islas* Class Action, which settlement includes all of the Plaintiff's claims in this case.

4. As part of the proposed *Islas* Class Action settlement agreement, Plaintiff and Defendants have agreed that, subject to that Court's approval, Plaintiff shall be joined as one of the class representatives of the proposed *Islas* Class Action settlement agreement to be filed in the *Islas* Class Action and which shall be subject to the *Islas* Class Action Court's approval.

5. Accordingly, Plaintiff and Defendants respectfully request that the Court allow Plaintiff and Defendants one hundred and eighty days to file a Joint Stipulation of Dismissal with Prejudice in the instant case to allow an adequate amount of time for the Plaintiff's counsel and Defendants' counsel in the *Islas* Class Action to finalize the necessary documentation for Court approval of an *Islas* Class Action settlement, and to ensure Plaintiff is named as a class representative in the forthcoming *Islas* Class Action settlement agreement to be approved by the *Islas* Court.

6. The parties anticipate filing a dismissal with prejudice in the instant lawsuit simultaneously with the entry of order approving the *Islas* Class Action settlement agreement and final judgment in the putative class in *Islas*, which the parties are hopeful can be accomplished in the next 180 days.

WHEREFORE, Plaintiff and Defendants respectfully notify the Court that Plaintiff and Defendants have resolved all claims made in this action, and request one hundred and eighty days to file a Joint Stipulation of Dismissal with Prejudice.

This the 8th day of August, 2017.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ James R. McKenzie (w/ permission) <br> James R. McKenzie <br> James R. McKenzie Attorney, PLLC <br> 115 S. Sherrin Ave., Suite 4 <br> Louisville, KY 40207 <br> Phone: (502) 371-2179 <br> Fax: (502) 257-7309 <br> jmckenzie@jmckenzielaw.com <br><br> James H. Lawson <br> Lawson at Law, PLLC <br> 115 S. Sherrin Ave., Suite 4 <br> Louisville, KY 40207 <br> Phone: (502) 473-6525 <br> Fax: (502) 473-6561 <br> james@kyconsumerlaw.com <br> *Counsel for Plaintiff* | /s/ Joseph N. Tucker <br> Joseph N. Tucker <br> R. Brooks Herrick <br> K. Kirby Stephens <br> DINSMORE & SHOHL LLP <br> 101 S. Fifth St., Suite 2500 <br> Louisville, KY 40202 <br> Phone: (502) 540-2300 <br> Fax: (502) 585-2207 <br> joseph.tucker@dinsmore.com <br> brooks.herrick@dinsmore.com <br> kirby.stephens@dinsmore.com <br> *Counsel for Defendants* |

4

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed this 8th day of August, 2017, using the Court's ECF system to the following.

| | |
|---|---|
| James McKenzie | James H. Lawson |
| James R. McKenzie Attorney, PLLC | Lawson at Law, PLLC |
| 115 S. Sherrin Avenue, Suite 4 | 115 S. Sherrin Avenue, Suite 4 |
| Louisville, Kentucky 40207 | Louisville, Kentucky 40207 |
| jmckenzie@jmckenzielaw.com | james@kyconsumerlaw.com |

/s/ Joseph N. Tucker
*Counsel for Defendants*

11578899v1