UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*ELECTRONICALLY FILED*

KENNETH POTTER,

    Plaintiff,

v.

UNIFUND CCR PARTNERS     Case 5:16-CV-00429-JMH
*assumed name for* CREDIT CARD
RECEIVABLES FUND, INC.
ZB LIMITED PARTNERSHIP, and
MICHAEL J. KEENEY

    Defendants.
_____)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kenneth Potter, and Defendants, Unifund CCR Partners and Michael J. Keeney (collectively, "Defendants"), hereby jointly request that this Court dismiss Plaintiff's claims against Defendants with prejudice. The parties shall bear their own costs and fees, unless otherwise specified in the Class Action Settlement Agreement approved in *Joseph L. Islas v. First Resolution Investment Corp., et al.*, Case No. 1:16-cv-141-GNS, United States District Court for the Western District of Kentucky.

  This the 14th day of June, 2018.

  Respectfully submitted,         Respectfully submitted,

/s/ James R. McKenzie (w/ permission)    /s/ R. Brooks Herrick
James R. McKenzie            Joseph N. Tucker
James R. McKenzie Attorney, PLLC      R. Brooks Herrick
115 S. Sherrin Ave., Suite 5         DINSMORE & SHOHL LLP
Louisville, KY 40207           101 S. Fifth St., Suite 2500
Phone: (502) 371-2179          Louisville, KY 40202
Fax: (502) 257-7309           Phone: (502) 540-2300
jmckenzie@jmckenzielaw.com       Fax: (502) 585-2207

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
Phone: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*

joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served this 14th day of June, 2018, using the Court's ECF system to the following.

James McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
james@kyconsumerlaw.com
*Counsel for Plaintiff*

/s/ R. Brooks Herrick
*Counsel for Defendants*

12992655v1