UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| KENNETH POTTER | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | 5:16-cv-429-JMH |
| v. | ) | |
| | ) | **ORDER** |
| UNIFUND CCR PARTNERS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

*** 

This matter is before the Court upon the parties' Joint Stipulation of Dismissal. [DE 23]. Plaintiff and Defendants advise the Court that they have reached a settlement. The Court having reviewed the Stipulation and being otherwise sufficiently advised, **IT IS ORDERED**:

(1) that all claims are **DISMISSED WITH PREJUDICE**, each party to bear his, her, or its own costs and attorney's fees;

(2) that all pending deadlines are **CONTINUED GENERALLY**;

(3) that any remaining requests for relief or pending motions are **DENIED AS MOOT**;

(4) and that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This the 15th day of June, 2018.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge